**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 24, 2026

---

RESPONSE REQUESTED

---

No. 26-1485, David Escobar, Jr. v. Tabatha Camacho
1:25-cv-02645-ABA

TO: David Escobar

RESPONSE DUE: 10/05/2026

Response is required to the motion for leave to file notice of supplemental development on or before 10/05/2026.

S. Batchleor, Deputy Clerk
804-916-2702